1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MARCUS JAMES SMITH,

11              Petitioner,              No. 2:08-cv-3136 JFM (HC)

12        vs.

13   CLAUDE E. FINN,

14              Respondent.              <u>ORDER</u>

15   _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18         Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondent will be directed to file a response to petitioner's

20   application.

21         In accordance with the above, IT IS HEREBY ORDERED that:

22         1.  Respondent is directed to file an answer within forty-five days from the date of

23   this order.  <u>See</u> Rule 4, Rules Governing Section 2254 Cases.  Respondent shall include with the

24   answer any and all transcripts or other documents relevant to the determination of the issues

25   presented in the application.  Rule 5, Rules Governing Section 2254 Cases;

26   /////

1

2.  Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

3.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: January 21, 2009.

UNITED STATES MAGISTRATE JUDGE

12/mp
smit3136.100fee

2