IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JAMES SMITH,

    Petitioner,                    2: 08 - cv - 3136 - MCE TJB

    vs.

CLAUDE E. FINN,

    Respondent.                <u>ORDER</u>

_____/

    Petitioner is a state prisoner proceeding with a *pro se* federal habeas petition pursuant to 28 U.S.C. § 2254. Petitioner raises several claims arising from the denial of his parole by the Board of Parole Hearings in April 2008. Respondent answered the petition on March 6, 2009 and attached several exhibits including Petitioner's filings in the state courts and the state court decisions. The Board of Parole Hearings cited to several psychological reports during the course of the April 2008 hearing and in its decision denying Petitioner parole.

    Accordingly, IT IS HEREBY ORDERED that:

    1.    Within twenty-one (21) days of this Order, Respondent shall file with this Court copies of all of the psychological reports cited by the Board of Parole Hearings during the course of the April 2008 hearing and in the Board of Parole Hearings' decision, including the November 2007 report by Dr. Inaba, the 1995 report by Dr.

1   Morris and the 1993 report by Dr. Van Cleve.

2   DATED: December 21, 2010

TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE