IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCUS JAMES SMITH,

    Petitioner,                    2: 08 - cv - 3136 - MCE TJB

    vs.

CLAUDE E. FINN,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner proceeding with a *pro se* federal habeas petition pursuant to 28 U.S.C. § 2254. Petitioner raises several claims arising from the denial of his parole by the Board of Parole Hearings in April 2008. Respondent answered the petition on March 6, 2009 and attached several exhibits including Petitioner's filings in the state courts and the state courts' decisions. The Board of Parole Hearings cited to several psychological reports during the course of the April 2008 hearing and in its decision denying Petitioner parole. On December 22, 2010, Respondent was ordered to file copies of all of the psychological reports cited by the Board of Parole Hearings during the course of the April 2008 hearing and in the Board of Parole Hearings' decision denying Petitioner parole. On January 11, 2011, Respondent filed objections to the December 22, 2010 order as well as a motion to file the psychological reports under seal. In light of the recent United States Supreme Court case in Swarthout v. Cooke, No. 10-333, – S.Ct. –,

1

2011 WL 197627 (Jan. 24, 2011), the psychological reports are no longer required to decide the claims Petitioner raises in this federal habeas petition.

    Accordingly, IT IS HEREBY ORDERED that:

1. The December 22, 2010 order is hereby VACATED; and
2. Respondent's January 11, 2011 motion to file psychological reports under seal is DENIED AS MOOT as the December 22, 2010 order has now been vacated and the psychological reports will not be filed in this Court as they are no longer necessary to analyze Petitioner's federal habeas claims.

DATED: January 25, 2011

_____
TIMOTHY J BOMMER
UNITED STATES MAGISTRATE JUDGE